In the Matter of the Judicial Settlement of the Account of Proceedings

of Max Aronson and Another, as Testamentary Trustees, etc., for the Benefit of Jennie Aronson and Another, Respondents, in and by the Last Will and Testament of Jacob Aronson, Deceased, Appellants, Consolidated with In the Matter of the Application to Compel Max Aronson and Another, as Trustees, etc., to File an Intermediate Accounting.— Decree affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

George W. Wheeler, Appellant, v. Universal Motor Truck Company and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve amended complaint on payment of costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ. (Laughlin, J., dissented.)

In the Matter of the Appraisal under the Transfer Tax Law of the Estate of Frederick Dent Grant, Deceased. Comptroller of the State of New York, Appellant, Ida H. Grant, as Executrix, etc., Respondent.— Order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

H. G. Vogel Company, Appellant, v. George Backer Construction Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Eleuthera D. McCalmont, as Executrix, etc., Respondent, v. William Farson and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

In the Matter of the Appraisal under the Transfer Tax Law of the Estate of John C. Klatzl, Deceased. Comptroller of the State of New York, Appellant; Mary Emma Klatzl and Another, as Executrices, etc., Respondents. — Order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Richard I. Brewster, Appellant, v. William H. Hall, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to withdraw demurrer and to reply on payment of costs in this court and in the court below. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

James L. Matteson, Respondent, v. The Jennings-Bragdon Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Dulles-Baldwin Electric Drill Company, Respondent, v. Pittsburg Contracting Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.